# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BARRY RAY KNIGHT,<br><br>  Defendant. | Case No.: 2:21-cr-00127-CDS-BNW<br><br>**Order Denying Stipulation to Continue Motion Deadlines and Trial Date (Fifth Request)**<br><br>(ECF No. 39) |

This matter comes before the Court on the parties' stipulation to continue motions deadlines and trial dates (fifth request). ECF No. 39. The parties request that the Court move the trial date from August 8, 2022, to a date no sooner than ninety (90) days. They also request that the Court adjust all pre-trial deadlines accordingly. The only reason the parties give for this request is that "[d]efense counsel needs additional time to review discovery and discuss potential prehearing resolutions with government counsel."

On March 31, 2022, the Court granted a fourth request to continue the trial dates for the same reason. ECF No. 35. Based solely on the information contained in the stipulation, without details of the extent and volume of the discovery, the Court cannot find good cause to continue. Therefore, the fifth request to continue motion deadlines and trial dates (ECF No. 39) is DENIED without prejudice.

DATED this 14th day of July, 2022.

_____
Cristina D. Silva
United States District Court Judge