RENE L. VALLADARES  
Federal Public Defender  
Nevada State Bar No. 11479  
BENJAMIN F. J. NEMEC  
Assistant Federal Public Defender  
Nevada State Bar No. 14591  
411 E. Bonneville Ave., Ste. 250  
Las Vegas, NV 89101  
(702) 388-6577/Phone  
(702) 388-6261/Fax  
Ben_Nemec@fd.org  

Attorneys for Barry Ray Knight

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff<br><br>v.<br><br>Barry Ray Knight,<br><br>        Defendant | Case No. 2:21-cr-00127-CDS-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Barry Ray Knight, that the sentencing hearing currently scheduled for Monday, February 13, 2023 at the hour of 10:00 a.m., be vacated and set to March 23, 2023.

      The Stipulation is entered into for the following reasons:

1. Mr. Knight needs additional time to obtain medical records for the purpose of mitigation.

2. Mr. Knight is in custody and agrees with this request for a continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to adequately prepare for the sentencing hearing.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the sentencing hearing.

DATED this 30th day of January 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00127-CDS-BNW |
| Plaintiff | ORDER |
| v. | |
| BARRY RAY KNIGHT, | |
| Defendant | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 13, 2023 at the hour of 10:00 a.m., be vacated and continued to March 23, 2023 at the hour of 11:00 a.m. in courtroom 6B.

DATED this 30th day of January 2023.

_____
UNITED STATES DISTRICT JUDGE