RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorneys for Barry Ray Knight

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff<br><br>v.<br><br>Barry Ray Knight,<br><br>                    Defendant | Case No. 2:21-cr-00127-CDS-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Barry Ray Knight, that the sentencing hearing currently scheduled for March 23, 2023 at the hour of 11:00 a.m., be vacated and set to a date and time convenient to this court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.    This Court previously granted a stipulation to continue Mr. Knight's sentencing on January 30, 2023 to allow defense counsel additional time to receive Mr. Knight's medical records.

2.    Defense counsel requested records from three separate hospitals. Defense counsel has received medical records from two of these hospitals.

3.    However, defense counsel has not received medical records from the primary provider for Mr. Knight.  Defense counsel has sent three separate requests to the primary provider, the first going out on February 7, 2023, and the last going out on March 10, 2023.

4.    Additional time is necessary to allow defense counsel to receive this mitigating information.

5.    Mr. Knight is in custody and agrees with this request for a continuance.

6.    The parties agree to the continuance.

7.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to adequately prepare for the sentencing hearing.

8.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

1    This is the second request for continuance of the sentencing hearing.

2    DATED this 14th day of March, 2023.

3

4    RENE L. VALLADARES              JASON M. FRIERSON
     Federal Public Defender         United States Attorney

5

6    By */s/ Benjamin F. J. Nemec*   By */s/ Supriya Prasad*

7    BENJAMIN F. J. NEMEC            SUPRIYA PRASAD
     Assistant Federal Public Defender   Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00127-CDS-BNW |
|     Plaintiff | ORDER |
|     v. | |
| BARRY RAY KNIGHT, | |
|     Defendant | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 23, 2023 at the hour of 11:00 a.m., be vacated and continued to May 8, 2023 at the hour of 11:00 a.m. in courtroom 6B.

DATED this 15th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE