# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-00127-CDS-BNW |
| Plaintiff | |
| v. | **Final Order of Forfeiture** |
| BARRY RAY KNIGHT, | |
| Defendant | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3), based upon the verdict finding Barry Ray Knight guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Barry Ray Knight was found guilty. Superseding Criminal Indictment, ECF No. 50; Minutes of Bench Trial, ECF No. 79; Preliminary Order of Forfeiture, ECF No. 84.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 10, 2023, through March 11, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 88-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. one Samsung/Seagate 1 TB SATA hard drive, model number: ST1000LM024, serial number: S2V4J9DCA22532;
2. one SanDisk 64 GB thumb drive with unknown serial number;
3. one SanDisk 32 GB thumb drive, serial number BM1111WZ08;
4. one SanDisk 32 GB thumb drive, serial number BM11020GNB;
5. one Apple IMAC Computer, model number: A1224, serial number: QP83510X2PN; and
6. one Apple IMAC Computer, model number: A1418, serial number: D25JT15SDNML

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: April 24, 2023

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE