# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00127-CDS-BNW-1 |
| Plaintiff | **Order Setting Hearing** |
| v. | |
| Barry Ray Knight, | |
| Defendant | |

In accordance with *United States v. Montoya*, 82 F.4th 640, 656 (9th Cir. 2023) (en banc), the United States Court of Appeals for the Ninth Circuit, vacated the "standard" conditions of supervised release that were imposed, but were not orally pronounced at sentencing. ECF No. 114. The mandate has issued. ECF No. 116. Because this matter was remanded for the limited purpose of addressing Knight's supervised release conditions, the parties, and the defendant, must appear on April 23, 2025, at 10:00 a.m., in LV Courtroom 6B.

Dated: March 10, 2025

_____
Cristina D. Silva
United States District Judge